**ORIGINAL**

Jacob Thompson
325 W Adams Blvd
#3009
Los Angeles, CA
90007

**RECEIVED**
CLERK, U. S. DISTRICT COURT
FEB 2 2 2022
DISTRICT OF HAWAII

February 14, 2021

CV22 00070 DKW WRP

Dear Clerk of Court and Presiding Judge:

Due to not having the ability to e-file, there will be two or three envelopes containing the required documents. Enclosed in this envelope is the complaint, request for fee waiver as well as a proposed order granting the motion for a fee waiver along with this letter. I am currently using a professional mailing service which only allows a certain number of documents to be put in one envelope. I apologize for any issue this may cause and I will get the documents to the court as soon as possible. I apologize for any inconvenience this may cause.

Respectfully Submitted,



Jacob Thompson

Received By Mail
Date FEB 2 2 2022