FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
06 April 2022 12:58 PM lrs
Pam Hartman Beyer, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Jacob Thompson., | § | |
| Plaintiff, | § | Case No. 1:2022-cv-000070-DKW-WRB |
| | § | |
| vs. | § | |
| Polynesian Hostel and Shelley Doe | § | |
| acting as an agent of Polynesian | § | |
| Hostel etc. al., | § | |
| Defendants., | § | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(1)(A), Plaintiff Jacob Thompson hereby notifies that court of the voluntary dismissal without prejudice of all claims pending before the court. Plaintiff will be refiling these claims at a later date when plaintiff is ready to proceed with the financial aspects of pursuing this lawsuit. Neither party in this case have been served with the complain nor have they filed a response, objection or motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

RESPECTFULLY SUBMITTED,

Dated: *April 6, 2022*

_____
Jacob Thompson
Self-Represented Litigant